IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-01388-CBS-KLM

MELISSA RICONTI, (p/k/a INGLE),
    Plaintiff,
v.

SWIFT TRANSPORTATION, INC.,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On August 5, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 13). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 10-cv-01388-CBS-KLM**.

II.    Order of Reference

The Order of Reference dated June 29, 2010 (doc. # 6) is hereby VACATED. This matter is now referred to United States Magistrate Judge Kristen L. Mix *for*

1

*settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III.   Order

A.   **The Scheduling Conference set on Thursday, September 23, 2010 is hereby *converted* to a Preliminary Scheduling Conference**. The parties are not required to comply with the deadlines set forth in the court's Order dated July 16, 2010 (doc. # 8) or the requirements of FED.R.CIV.P. 16 and D.C.COLO L.CIVR. 16.2 and 26.1. The purpose of the Preliminary Scheduling Conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

B.   **The Preliminary Scheduling Conference set on Thursday, September 23, 2010 will commence at 9:15 a.m.** (not 11:00 a.m.). The Preliminary Scheduling Conference will take place before Magistrate Judge Shaffer in Courtroom A-402, 4th Floor of the Alfred A. Arraj United States Courthouse, 901 Nineteenth St., Denver, Colorado.

C.   **Ms. Riconti shall file any response she may have to Defendant's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement and Motion to Strike (doc. # 9) on or before August 27, 2010.**

DATED at Denver, Colorado, this 6th day of August, 2010.

                                         BY THE COURT:

                                         s/Craig B. Shaffer
                                         United States Magistrate Judge