IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 10-cv-01388-CBS-KLM | FTR - Reporter Deck-Courtroom A402 |
| Date: September 24, 2010 | Courtroom Deputy: Linda Kahoe |

MELISSA RICONTI, *Pro se*

    Plaintiff,

v.

SWIFT TRANSPORTATION, INC.,                           Colleen Meyers Rea

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** PRELIMINARY SCHEDULING CONFERENCE
**Court in session:** 1:30 p.m.
Court calls case. Appearance of counsel. *Plaintiff appears pro se.*

The court advises Ms. Riconti of the purpose of a Preliminary Scheduling Conference.

Discussion regarding Motion to Dismiss or, in the Alternative, Motion for More Definite Statement and Motion to Strike, doc #[9], filed 7/27/2010.

Discussion regarding the Title VII Complaint, doc #[3]. Discussion regarding filing an Amended Complaint. The court states the Amended Complaint should clearly allege the facts, and state a legitimate claim for relief.

The court states that once an Amended Complaint is filed, Defendant will either file an Answer, or file a new Motion to Dismiss.

**ORDERED:** Plaintiff is allowed to file an Amended Complaint on or before **OCTOBER 15, 2010.** Once the Defendant has filed an Answer, or otherwise responded to the Amended Complaint, the court will set a new Preliminary Scheduling Conference.

**ORDERED:** Motion to Dismiss or, in the Alternative, Motion for More Definite Statement and Motion to Strike, doc #[9], is **DENIED AS MOOT**.

The court advises Plaintiff to notify the court and Ms. Rea, in writing, if her contact information changes.

HEARING CONCLUDED.
**Court in recess:** 1:44 p.m.
Total time in court: 00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.