**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:   10-cv-01388-CBS-KLM** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:   December 8, 2010** | **Courtroom Deputy:**   Linda Kahoe |

MELISSA RICONTI,                                                           *Pro se*

      Plaintiff,

v.

SWIFT TRANSPORTATION, INC.,                          Colleen Meyers Rea *(via phone)*

      Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       9:32 a.m.**
Court calls case.  Appearance of counsel.  *Plaintiff appears pro se.*

Discussion regarding Defendant's Motion to Dismiss, doc #[23], filed 10/26/2010.

**ORDERED**:   Defendant's Motion to Dismiss, doc #[23] is **DENIED**.

The court explains the discovery process to Ms. Riconti.

The court explains dispositive motions.

**ORDERED:**   Discovery Cut-off**:   MAY 31, 2011**

          Dispositive Motions deadline**:   JUNE 30, 2011**

          Parties shall designate affirmative experts **on or before APRIL 1, 2011**

          Parties shall designate rebuttal experts **on or before MAY 1, 2011**

          Each party shall be limited to **10** depositions, absent leave of court.

          Each party shall be limited to 25 Interrogatories, 25 Requests for Production of Documents, and 25 Requests for Admissions.

          Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than APRIL 28, 2011**.

          A **FINAL  PRETRIAL CONFERENCE**  is set for **SEPTEMBER 8, 2011 at 10:00 a.m.**   Final Pretrial Order is due **no later than SEVEN (7) DAYS  before the Final Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission)

The court advises the parties to keep communications open during the discovery process.  The parties may not file any OPPOSED discovery motions without leave of court.  The parties are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, the parties shall contact chambers to set a Discovery Conference.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct the parties at that time as to whether or not to file a discovery motion.

The court advises the parties to contact Judge Mix's chambers if they wish to have a Settlement Conference.

The court advises Ms. Riconti to notify the court and opposing counsel if her contact information changes.

HEARING CONCLUDED.
**Court in recess:       10:00 a.m.**
Total time in court:    00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.