IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01388-CBS-KLM

MELISSA RICONTI p/k/a INGLE,

    Plaintiff,

v.

SWIFT TRANSPORTATION, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Settlement Conference Attendance Request** [Docket No. 44; Filed June 16, 2011] (the "Motion"). Plaintiff requests "permission from the Court for [her] husband, Patrick Riconti, to attend the Settlement Conference with [her]." *Motion* [#44] at 1. The Settlement Conference to which Plaintiff refers is set for June 22, 2011 at 1:30 p.m. Because settlement conferences are confidential proceedings, a non-party is not permitted to attend a settlement conference without a showing of good cause for his presence. Good cause exists when a party to the case requires special assistance (e.g., translation services or aid with understanding the proceedings). Good cause generally does not exist when a party to the case merely desires the company of a friend or relative for moral support. In this case, Plaintiff has offered no explanation whatsoever for her request to have her husband attend the Settlement Conference. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:  June 16, 2011