IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-01388-CBS-KLM

MELISSA RICONTI (p/k/a INGLE),
    Plaintiff,
v.

SWIFT TRANSPORTATION, INC.,
    Defendant.
_____

ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

This civil action comes before the court on the Stipulated Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (filed July 8, 2011) (Doc. # 48).

IT IS ORDERED that the parties' Stipulated Motion is granted and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), including all claims and counterclaims, with each party to bear her or its own attorney fees and costs.

DATED at Denver, Colorado, this 8th day of July, 2011.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge